# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MARCUS ARMOUR OLIVER and CHUDNEY WILLIAMS OLIVER,<br><br>   Debtors. | CHAPTER 13<br><br>CASE NO. 14-61319-wlh |
| CHUDNEY WILLIAMS OLIVER,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-TROUGH CERTIFICATES SERIES 2007-KS2, and NEWREZ c/o PHH MORTGAGE SERVICE CORP., its Servicing Agent,<br><br>   Defendants. | ADV. PROC. NO. 21-05026-wlh<br><br>CONTESTED MATTER |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND

COME NOW Defendants U.S. Bank National Association as Trustee for

1

Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2007-KS2 and NewRez c/o PHH Mortgage Corporation (collectively, the "Bank Defendants"), by counsel, and Chudney Williams Oliver ("Plaintiff"), and hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint for Damages and Sanctions for Willful Violation of Discharge Injunction. The Bank Defendants current deadline to respond is April 7, 2021. The parties consent to a 60-day extension through and including June 7, 2021. This is the first such request for an extension of time.

We so stipulate this 26th day of March, 2021.


*/s/ Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Bank of America Plaza
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA  30308-2216
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3900
E-mail: *mark.windham@troutman.com*
*Counsel for Defendants*

By:   */s/ Richard K. Valldejuli, Jr.*
Richard K. Valldejuli, Jr.
Georgia Bar No. 723225
VALLDEJULI & ASSOCIATES, LLC
2199 Lenox Road, Suite A

Atlanta, Georgia 30324
Telephone:  (404)636-9957
E-mail: *rkv@valldejuliandassociates.com*
*Counsel for Plaintiff*

3